■ VERIZON NEW YORK, INC., Respondent, v BARLAM CONSTRUCTION CORP., Defendant, and ECSM UTILITY CONTRACTORS, INC., Appellant. (Appeal No. 1.) [934 NYS2d 917]—

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988 [1988]; *Chase Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]). Present—Smith, J.P., Peradotto, Lindley, Green and Martoche, JJ.